[L. A. No. 5286. In Bank.—January 31, 1919.]

GRANT CLARK et al., Respondents, v. W. O. WELCH, County Tax Collector, etc., Appellant.

Street Law—Special Assessment Under Road District Improvement Act—Validity of Proceedings.—Judgment reversed on the authority of *Dillingham et al. v. Welch, ante,* p. 656.

APPEAL from a judgment of the Superior Court of Los Angeles County. Frank G. Finlayson, Judge. Reversed.

The facts are similar to those stated in the case of *Dillingham et al v. Welch, ante,* p. 656, [178 Pac. 512].

W. S. Knott and John L. Fleming, for Respondents.

A. J. Hill, County Counsel, and Edward T. Bishop, Deputy County Counsel, for Appellant.

THE COURT.—This case presents the same questions as those considered in *Dillingham v. Welch, ante,* p. 656, [178 Pac. 512]. An opinion has been filed this day in that case, and upon the authority thereof the judgment herein is reversed.